# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: § 
 § 
NELSON, MARIE C § Case No. 11-48533
 § 
Debtor(s) § 

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF BANKRUPTCY COURT
219 S. Dearborn Street, Chicago, IL

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 1:30 PM on 06/20/2014 in Courtroom ,
North Branch Court
1792 Nicole Lane
Round Lake Beach, IL 60602

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____     By: _____
                                        Clerk, U.S. Bankruptcy Court


JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
NELSON, MARIE C § Case No. 11-48533
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 3,220.14 |
| and approved disbursements of | $ | 181.77 |
| leaving a balance on hand of[1] | $ | 3,038.37 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH E. COHEN | $ 805.04 | $ 0.00 | $ 805.04 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.81 | $ 7.81 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 805.04 |
| Remaining Balance | $ 2,233.33 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) (Page: 2)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,932.90 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 3.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
| --- | --- | --- | --- | --- |
| 000001 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | $ 15,145.00 | $ 0.00 | $ 490.68 |
| 000002 | Green Tree Servicing LLC<br>7360 S Kyrene Rd T 120<br>Tempe, AZ 85283 | $ 53,088.60 | $ 0.00 | $ 1,720.00 |
| 000003 | Sprint Nextel Correspondence<br>Attn Bankruptcy Dept<br>P O Box 7949<br>Overland Park, KS 66207 | $ 699.30 | $ 0.00 | $ 22.65 |

Total to be paid to timely general unsecured creditors    $    2,233.33

Remaining Balance    $    0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

  Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

  Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/JOSEPH E. COHEN
TRUSTEE

JOSEPH E. COHEN
105 WEST MADISON STREET
SUITE 1100
CHICAGO, IL 60602-0000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                         Case No. 11-48533-ABG
Marie C Nelson                                                 Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: gbeemster           Page 1 of 2              Date Rcvd: May 20, 2014
                              Form ID: pdf006           Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 22, 2014.
db             Marie C Nelson,    1814 Lydia St,    Waukegan, IL 60085-3554
18465690      #+Bank of America Mortage,    475 Crosspoint PKW,    NY2-001-02-14,    Getzville, NY 14068-1609
19481943       +Bank of America, N.A., successor by merger to BAC,    C/O,    Pierce & Associates,
                 1 N. Dearborn Ste 1300,    Chicago, IL 60602-4373
18125453        Bank of America, N.a.,    450 American St,    Simi Valley, CA 93065-6285
18127359        Capital Once, N.a.,    PO Box 30273,    Salt Lake City, UT 84130-0273
18465691       +Charlene Vojtko,    1706 Westphalian CT,    Grayslake, IL 60030-9318
18127361        Chase,   PO Box 15298,    Wilmington,DE 19850-5298
18127362       +Chicago, Water Dept,    333 s State St,    Chicago, IL 60604-3957
18465689       +City of Chicago,    Department of Water Management,    P.O Box 6330,    Chicago, IL 60680-6330
18127368        Household Bank,    PO Box 98706,    Las Vegas, NV 89193-8706
18127367       +LHR,   35 a Rust Lane,    Boerne, TX 78006-8202
18127370        Phillips & Cohen Associates, Ltd,    Mail Stop: 4226,    1002 Justison Street,
                 Wilmington, DE 19801-5148
18127358       +Tcf Banking and Savings,    801 Marquette Ave,    Minneapolis, MN 55402-3475
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
18127360        E-mail/Text: bankruptcy@cavps.com May 21 2014 01:08:33      Cavalry Portfolio Serv,
                 7 Skyline dr Ste 350,    Hawthorne, Y 10532-2162
18127363       +E-mail/Text: adjustments@myconsumers.org May 21 2014 00:57:20      Consumers coop Cred Un,
                 2750 Washington St,    Waukegan, IL 60085-4900
18741534        E-mail/PDF: mrdiscen@discoverfinancial.com May 21 2014 00:59:16      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,   New Albany, OH 43054-3025
18127364        E-mail/PDF: mrdiscen@discoverfinancial.com May 21 2014 00:59:16      Discover Fin Svcs Llc,
                 PO Box 15316,    Wilmington, DE 19850-5316
18127365       +E-mail/PDF: gecsedi@recoverycorp.com May 21 2014 00:58:58      Green Tree Servicing LLC,
                 7360 S Kyrene Rd T 120,    Tempe, AZ 85283-8432
18127366        E-mail/Text: appebnmailbox@sprint.com May 21 2014 00:57:45      Sprint Nextel,   Correspondence,
                 Attn Bankruptcy Dept,    P O Box 7949,   Overland Park, KS 66207
                                                                                              TOTAL: 6

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
18127369     ##+Tabula rasa international,    6000 N Bailey Ave Ste 2C,   Amherst, NY 14226-5102
                                                                                              TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 22, 2014                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 19, 2014 at the address(es) listed below:
              Christopher M Brown    on behalf of Creditor    BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO BAC
               HOME LOANS SERVICING, LP FKA COUNTRYWIDE HOME LOANS SERVICING LP
               northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
              Joseph E Cohen    jcohen@cohenandkrol.com,
               jcohen@ecf.epiqsystems.com;jcohenattorney@gmail.com;jneiman@cohenandkrol.com
              Lydia Y Siu    on behalf of Creditor    Ocwen Loan Servicing, LLC lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov

```
District/off: 0752-1          User: gbeemster            Page 2 of 2            Date Rcvd: May 20, 2014
                              Form ID: pdf006            Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Robert J Adams    on behalf of Debtor Marie C Nelson bankruptcy714@gmail.com, bankruptcy713@yahoo.com;illinoisecf@gmail.com;lake.rjaign@gmail.com;mike13tide@gmail.com
                                                                                                                                                                                            TOTAL: 5